## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ADRIAN MORTON, Plaintiff,
v.
CITY OF CHICAGO, and UNKNOWN CITY OF CHICAGO POLICE OFFICERS, Defendants

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ADRIAN MORTON, Plaintiff

FILED: JULY 8, 2008
08CV3869
JUDGE GUZMAN
MAGISTRATE JUDGE ASHMAN
YM

| | |
|---|---|
| NAME (Type or print) Kurt Feuer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kurt Feuer | |
| FIRM LOEVY & LOEVY | |
| STREET ADDRESS 312 N. May Street, Suite 100 | |
| CITY/STATE/ZIP Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6187322 | TELEPHONE NUMBER 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |