# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08-C-3869

ADRIAN MORTON,
Plaintiff,
v.
CITY OF CHICAGO & UNKNOWN CITY OF CHICAGO
POLICE OFFICERS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ADRIAN MORTON,
Plaintiff

| |
|---|
| NAME (Type or print) <br> Jon Loevy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jon Loevy |
| FIRM <br> LOEVY & LOEVY |
| STREET ADDRESS <br> 312 N. May Street, Suite 100 |
| CITY/STATE/ZIP <br> Chicago, IL 60607 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6218254     TELEPHONE NUMBER: 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |