UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Adrian Morton
                              Plaintiff,
v.                                              Case No.: 1:08−cv−03869
                                                Honorable Ronald A. Guzman
City of Chicago, et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, July 10, 2008:


    MINUTE entry before the Honorable Ronald A. Guzman:The Court orders the
parties to appear for an initial status hearing. All parties shall refer to and comply with
Judge Guzman's requirements for the initial appearance as outlined in Judge Guzman's
case management procedures, which can be found at: www.ilnd.uscourts.gov. Status
hearing set for 9/10/2008 at 09:30 AM.Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.